

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00614-CV

Franklin Jones
v.
Yolanda Martin

On Appeal from the
36th District Court of Bee County, Texas
Trial Cause No. B-14-1218-CV-A

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for want of jurisdiction. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion. Costs of the appeal are adjudged against appellant although he is exempt from payment due to his affidavit of inability to pay costs.

We further order this decision certified below for observance.

March 19, 2015